

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2020

No. 04-20-00304-CV

**1776 ENERGY PARTNERS, LLC** and 1776 Energy Operators, LLC,
Appellants

v.

**MARATHON OIL EF, LLC** and Marathon Oil EF II, LLC,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-02-00033-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was originally due by July 6, 2020. On September 24, 2020, after extending the deadline to file the reporter's record, this court ordered the court reporter, Leticia Murillo Escamilla, to do the following:

1) Email daily work logs every business day to a deputy clerk of this court by 5:00 p.m.;
2) File the volumes of the reporter's record as they are completed;
3) Work on the volumes of the court proceedings in consecutive order and complete work on a volume before beginning work on the next;
4) File status reports every fourteen days, indicating the volumes filed, the nature of the proceedings contained in each volume, and a fair estimate of a completion date for all remaining volumes; and
5) File the complete reporter's record by October 5, 2020.

Since that order, Ms. Escamilla has complied with the first four requirements outlined above. However, the reporter's record remains incomplete. At this time, Ms. Escamilla has filed Volumes 1 through 7; volumes 8 through 11 as well as the exhibits remain outstanding. Additionally, Ms. Escamilla has filed three notifications of late record, with the last notification requesting an extension until December 21, 2020 to file the complete record.

In light of the foregoing, we **GRANT** Ms. Escamilla's request for an extension. **IT IS ORDERED** that Leticia Murillo Escamilla shall continue to email a daily work log to a deputy

clerk of this court by 5:00 p.m. every business day. The daily work log shall be completed on the form attached to this order.

**IT IS FURTHER ORDERED** that Ms. Escamilla shall continue to file the volumes of the reporter's record as they are completed.

**IT IS FURTHER ORDERED** that Ms. Escamilla shall continue to work on the volumes of court proceedings in consecutive order and shall complete work on a volume before beginning work on the next.

**IT IS FURTHER ORDERED** that Ms. Escamilla shall continue to file a status report every 7 days after December 23, 2020, indicating the volumes filed, the nature of the proceedings contained in each volume, and a fair estimate of completion date for all remaining volumes, until the complete reporter's record is filed. Ms. Escamilla's next status report is due on December 23, 2020.

**IT IS FURTHER ORDERED** that the complete reporter's record must be filed in this court no later than December 28, 2020. **No further requests for extension of time to file the reporter's record will be granted. If the record is not received by such date, this court may issue an order directing Ms. Escamilla to appear before this court in person and show cause why she should not be held in contempt for failing to file the record.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court